IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| **RICK SCOTT** | § | |
| | § | |
| v. | § | |
| | § | |
| **AMERICAN NATIONAL TRUST &** | § | NO. 5:12-CV-00006-C |
| **INVESTMENT COMPANY, LLC AKA** | § | |
| **AMERICAN NATIONAL TRUST &** | § | |
| **INVESTMENT MANAGEMENT** | § | |
| **COMPANY, LLC;** | § | |
| **PHYLLIS FRANCIS; JAMES McCOOL** | § | |
| **AKA JAMES McCOOL III AKA JAMES** | § | |
| **McCOOLE; SALVATORE CARPANZANO** | § | |
| **AKA JOHN SALVATORE CARPANZANO;** | § | |
| **CARMELA ANN CARPANZANO;** | § | |
| **MARISA BELCASTRO;** | § | |
| **BARCLAY CAPITAL HOLDINGS, LLC;** | § | |
| **LEONARD G. BARRIE aka LEN BARRIE;** | § | |
| **J. SCOTT MONTANA; TREASURES FZE;** | § | |
| **TERRASTONE PROJECT HOLDINGS,** | § | |
| **LLC; AHMED HIJAWI aka DAVID LEVY;** | § | |
| **ALEXANDER THOMAS McCLAIN;** | § | |
| **GREENBERG TRAURIG, L.L.P.;** | § | |
| **GREENBERG TRAURIG, P.A.** | § | |

**APPENDIX IN SUPPORT OF
PLAINTIFF RICK SCOTT'S RESPONSE TO
DEFENDANTS GREENBERG TRAURIG, LLP AND GREENBERG TRAURIG, PA'S
MOTION FOR PROTECTIVE ORDER**

Respectfully submitted,

Jim Hund; SBN: 10277800
jhund@hkwwlaw.com
HUND, KRIER, WILKERSON & WRIGHT, P.C.
P.O. Box 54390
Lubbock TX 79453-4390
(806) 783-8700
(806) 783-8710 FAX

Fernando M. Bustos; SBN: 24001819
Email: fbustos@bustoslawfirm.com
Aaron M. Pier; SBN: 24041694
Email: apier@bustoslawfirm.com
BUSTOS LAW FIRM, P.C.
P.O. Box 1980
Lubbock, Texas 79408-1980
(806) 780-3976
(806) 780-3800 FAX

ATTORNEYS FOR PLAINTIFF RICK SCOTT